# THE JONES LAW FIRM

THE JONES LAW FIRM
523 East Pine Place
Tulsa, OK  74106
Tel: 574-876-4715
JJ@JeffreyJonesLawFirm.com

Jeffrey D. Jones
JJ@JeffreyJonesLawFirm.com

March 5, 2020

**VIA CM/ECF**

**The Honorable Jesse M. Furman, U.S.D.J.**
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York  10007
(212) 805-0282

> RE: *Chad Hall v. City of New York, d/b/a "Urban Assembly"*
> **Civil Action No.: 1:19-cv-11572-JMF**

Dear Honorable Judge Furman:

    I, Jeffrey D. Jones, represent plaintiff Chad Hall in the above-referenced employment lawsuit.  Pursuant to Your Honor's *Individual Rules and Practices in Civil Cases*, Plaintiff *respectfully* requests an adjournment of the *Initial Pretrial Conference*, and in support states as follows:

1. An Initial Pretrial Conference is scheduled for March 11, 2020 at 3:00 P.M.

2. No prior requests for adjournment or an extension of time have been filed by Plaintiff or his counsel.

3. Defendant shall be served on March 5, 2020, and this request is to permit 21 days for the Defendant to Answer or otherwise respond to the *Amended Complaint* (Dkt. #10).

4. The undersigned contacted counsel for the Defendant, and the City of New York respectfully **consents** to this request for an adjournment of the conference.

5. This request is made more than 48 hours before the scheduled March 11, 2020 conference.

6. This request is not made for any dilatory or tactical reason.

**Prayer for Relief**

For the above reasons, the undersigned *respectfully* prays this Court adjourn the March 11, 2020 *Initial Pretrial Conference* to any future date/time that this respected Court deems just and proper. We thank Your Honor and chambers for their time in considering this request.

**Respectfully submitted**,

_____
/s/ Jeffrey D. Jones
NY Bar No.: 4843363
SDNY: JJ1983
**THE JONES LAW FIRM**
523 East Pine Place
Tulsa, OK 74106-4301
Tel: 574-876-4715
JJ@JeffreyJonesLawFirm.com

Application GRANTED. The initial pretrial conference currently scheduled for March 11, 2020, is hereby RESCHEDULED to **April 20, 2020 at 3:30 p.m**. The Clerk of Court is directed to terminate ECF No. 15. SO ORDERED.

March 5, 2020