# THE JONES LAW FIRM

THE JONES LAW FIRM
523 East Pine Place
Tulsa, OK  74106
Tel: 574-876-4715
JJ@JeffreyJonesLawFirm.com

Jeffrey D. Jones
JJ@JeffreyJonesLawFirm.com

3 September 2020

**VIA CM/ECF**

Honorable Jesse M. Furman
UNITED STATES DISTRICT JUDGE
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
(212) 805-0282

> **Re:** ***Chad Hall v. The Urban Assembly, et al., Case No.: 19-cv-11572***
> **Letter Motion Request for Initial Case Management Conference**

Dear Honorable Judge Furman:

The undersigned represent plaintiff Chad Hall.  Presently, this lawsuit is against the New York City Department of Education ("NYCDOE") and the City of New York (the "City"). Defendants answered (Dkt. # 30) the amended complaint on August 10, 2020.

Pursuant to Your Honor's *Individual Rules and Practices in Civil Cases*, 2(b), plaintiff, *respectfully*, motions this court for an initial case management conference.[1]

---

[1] This Court had previously ordered an initial case conference, but the Court prudently adjourned the conference, *sine die*, until the proper parties were before the Court. (Dkt. #24).

# THE JONES LAW FIRM

The Defendant <u>consents</u> to this letter-motion.  Counsel for all parties have cooperated and drafted a joint-letter and proposed Case Management Plan and Scheduling Order.  Once a conference date is set, the parties shall—unless otherwise directed by Court—finalize the dates in the documents and timely file said documents pursuant to *Individual Rule* 2(b).

Dated:  New York, New York
         3 September 2020

Application DENIED for the moment.  Counsel should submit their proposed case management plan and joint letter by September 16, 2020.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will schedule the initial conference to be conducted by telephone.  To that end, counsel should indicate in their joint letter dates and times within the month that they would be available for a telephone conference.

Finally, in light of Defendant's Answer filed on August 10, 2020, ECF No. 30, the motion to dismiss filed on May 22, 2020, ECF No. 21, is DENIED as moot. *See* ECF No. 24.

The Clerk of Court is directed to terminate ECF Nos. 21 and 31.  SO ORDERED.

September 9, 2020

Respectfully submitted,

*Jeffrey Jones*

Jeffrey D. Jones, *Esq.*
NY Bar No.: 4843363
SDNY No.: JJ1983
**THE JONES LAW FIRM**
523 East Pine Place
Tulsa, OK  74106-4301
Tel: 574-876-4715
JJ@JeffreyJonesLawFirm.com

**-and-**

Mitchell M. Medina, Esq. (MM2011)
OF COUNSEL TO JEFFREY D. JONES, ESQ.

P.O. Box 4165
New York, NY 10163-4165

(212) 235-1211
Mitchell@MedinaLawPractice.com

*Attorneys for Chad Hall*

cc   Alison Mitchel, Attorney for Defendants