UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHAD HALL,

                              **Plaintiff,**

         -against-

**THE URBAN ASSEMBLY, INC., et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020

19-CV-11572 (JMF) (SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge**:

      On Thursday, November 5, 2020, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                          _____
                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:    November 5, 2020
               New York, New York