```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CHAD HALL,                                                         :
                                                                   :
                                Plaintiff,                         :
                                                                   :   19-CV-11572 (JMF)
           -v-                                                     :
                                                                   :         ORDER
THE URBAN ASSEMBLY, INC. d/b/a URBAN                               :
ASSEMBLY SCHOOL FOR THE PERFORMING                                 :
ARTS et al.,                                                       :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Plaintiff's opposition to Defendants' motion for summary judgment, ECF No. 52, cites to portions of the Hall Deposition Transcript that are not included in the excerpted version that Defendants filed as Exhibit A, *see* ECF No. 51-1. Plaintiff has not filed any exhibits in connection with the motion. The parties are ordered to file the complete transcript on the docket by **December 15, 2021.**

      SO ORDERED.

Dated: December 14, 2021  
       New York, New York                                        _____  
                                                                 JESSE M. FURMAN  
                                                           United States District Judge