

| Georgia M. Pestana<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Nicholas Green<br>phone: (212) 356-2445<br>nigreen@law.nyc.gov |
|---|---|---|

December 15, 2021

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: <u>Chad Hall v. The Urban Assembly, Inc.,</u>
            19-CV-11572 (JFM)

Dear Judge Furman:

      I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, and the attorney assigned to represent the defendants in the above referenced matter. I write to request that the Court enter an Order striking Defendants' filing at ECF DKT No. 60. In an effort to comply with the Court's December 14, 2021 Order, directing the parties to file a copy of Plaintiff's deposition transcript, defendants inadvertently filed confidential portions of Plaintiff's deposition transcript. Upon the request of counsel, the Southern District of New York's help desk has placed ECF DKT No. 60 under temporary seal.

      Plaintiff has subsequently filed a redacted version of Plaintiff's Deposition Transcript and indicated in an email to the Court that an unredacted portion has been submitted to the Court. Accordingly, defendants' filing is not necessary and defendants respectfully request that their filing be stricken. Plaintiff's counsel consents to this request.

      Thank you for your consideration of this request.

Respectfully submitted,

*Nicholas Green*
Nicholas Green

Application GRANTED in part. The Clerk of Court is directed to restrict viewing privileges for ECF No. 60 to the parties and the Court. SO ORDERED.

[signature]

December 15, 2021

*Assistant Corporation Counsel*

cc: Counsel of Record (Via ECF)