**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2022
```

-----------------------------------------------------------X
CHAD HALL,

                      Plaintiff,

-against-                                      19 **CIVIL** 11572 (JMF)

                                                         **JUDGMENT**

THE URBAN ASSEMBLY, INC. D/B/A URBAN
ASSEMBLY SCHOOL FOR PERFORMING
ARTS et al.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 3, 2022, Defendants' motion for summary judgment must be and is GRANTED.  Judgment is judgment for Defendants on all claims; accordingly, the case is closed.

**Dated:**  New York, New York

        January 3, 2022

                                                        **RUBY J. KRAJICK**

                                                         Clerk of Court
                            **BY:**
                                                         */s/ Mango*
                                                         **Deputy Clerk**